UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO NATHANIEL SPEED, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV267 NAB |
| HONORABLE THOMAS C. MUMMERT, III, and HONORABLE RODNEY W. SIPPEL, | ) |
| Defendants, | ) |

**OPINION, MEMORANDUM AND ORDER**

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated February 19, 2015, in which the Court directed plaintiff to pay the filing fee. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 1st day of April, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE