UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO NATHANIEL SPEED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV267 NAB |
| | ) |
| HONORABLE THOMAS C. MUMMERT, III, and HONORABLE RODNEY W. SIPPEL, | ) ) ) |
| | ) |
| Defendants, | ) |

**MEMORANDUM AND ORDER**

Plaintiff has moved for reconsideration of the Court's dismissal of his complaint. The motion is frivolous.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [ECF No. 9] is **DENIED** with prejudice.

Dated this 15th day of April, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE