UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO NATHANIEL SPEED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV267 NAB |
| | ) |
| HONORABLE THOMAS C. MUMMERT, III, and HONORABLE RODNEY W. SIPPEL, | ) |
| | ) |
| Defendants, | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "FRCP Rule 52 Show Cause Motion." The motion is frivolous.

Plaintiff has abused the judicial process of this Court and has wasted the Court's limited resources by filing repetitious and frivolous post-judgment motions. To prevent further wasting of the Court's resources, the Court will prohibit plaintiff from filing any future documents or motions in this closed case, except for a notice of appeal or any appellate documents.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "FRCP Rule 52 Show Cause Motion" [ECF No. 11] is **DENIED**.

**IT IS FUTHER ORDERED** that plaintiff is prohibited from filing any future documents or motions in this case.

**IT IS FURTHER ORDERED** that the Clerk shall return to plaintiff any documents or motions bearing the above case caption, except for a notice of appeal or any appellate documents.

Dated this 23rd day of April, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE